| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOANNA PENG, a.k.a. KUAN-CHUN PENG, )
) 
        Plaintiff, ) No. C 08-0725 JCS
)
    v. )
) **STIPULATION TO BRIEFING;** and
EMILIO T. GONZALEZ, Director, U.S. ) [~~Proposed~~] **ORDER**
Citizenship and Immigration Services; )
DAVID N. STILL, District Director, )
San Francisco U.S. Citizenship and Immigration )
Services, )
)
        Defendants. )
_____)

    Plaintiff filed a Form I-485 application to adjust her status to lawful permanent resident with the United States Citizenship and Immigration Services (USCIS) on or about on November 18, 1998. The USCIS denied her I-485 application on May 3, 2007. Plaintiff filed a Motion to Reconsider, and on January 31, 2008, USCIS granted her motion. The Plaintiff filed an amended complaint on March 3, 2008, seeking an order from this Court directing USCIS to adjudicate Plaintiff's I-485 application within ten days of entry of judgment.

    On July 31, 2008, USCIS approved Plaintiff's I-485 application. Plaintiff made an Infopass appointment schedule for August 12, 2008 with the USCIS to complete issuance of her alien registration card. Accordingly, the parties believe this case can be administratively resolved, and request the hearing on the parties' cross-motions for summary judgment scheduled for September

Stipulation to Briefing
C 08-0725 JCS

19, 2008 be vacated. If the case cannot be administratively resolved, the parties respectfully propose the following briefing schedule:

  Cross motions for summary judgment:  September 15, 2008

  Cross Oppositions:  September 19, 2008

  Hearing:  October 3, 2008

Dated: August 4, 2008  Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

  /s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: August 4, 2008  /s/
DAVID S. SUN
Attorney for Plaintiff

## ORDER

Pursuant to the stipulation, IT IS SO ORDERED. The September 19, 2008 hearing on the parties' cross motion for summary is vacated.

Dated: August 5, 2008

JOSEPH C. SPERO
United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Briefing
C 08-0725 JCS  2