1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOANNA PENG,                                    Case No.  C08-0725 JCS

       Plaintiff(s),

                           **ORDER FOR STATUS REPORT**

     v.

EMILIO T GONZALEZ, ET AL.,

       Defendant(s).
_____/

     IT IS HEREBY ORDERED THAT the United States shall file a status report on the

resolution of this matter as described in the Stipulation filed on August 4, 2008, by **September 15,**

**2008**.

     IT IS SO ORDERED.


Dated:  August 5, 2008

                           _____
                      JOSEPH C. SPERO
                      United States Magistrate Judge