JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOANNA PENG, a.k.a. KUAN-CHUN PENG, <br><br> Plaintiff, <br><br> v. <br><br> EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; DAVID N. STILL, District Director, San Francisco U.S. Citizenship and Immigration Services, <br><br> Defendants. | No. C 08-0725 JCS <br><br> **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Plaintiff, by and through her attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

///

///

///

///

Stipulation to Dismiss
C 08-0725 JCS

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: August 15, 2008      Respectfully submitted,

3 |      JOSEPH P. RUSSONIELLO
     United States Attorney

5 |      /s/
6 |      ILA C. DEISS[1]
     Assistant United States Attorney
     Attorneys for Defendants

9 |      /s/
Dated: August 15, 2008      DAVID S. SUN
10 |      Attorney for Plaintiff

**ORDER**

12 | Pursuant to stipulation, IT IS SO ORDERED.

15 | Date: 8/18/8

Judge Joseph C. Spero

(United States District Court, Northern District of California seal)

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Stipulation to Dismiss
C 08-0725 JCS      2